UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PLUMBERS & STEAMFITTERS LOCAL 773
PENSION FUND, Individually and on Behalf of
All Others Similarly Situated,

       Plaintiff,          08 **CIVIL** 8143 (WHP)

   -against-              **JUDGMENT**

CANADIAN IMPERIAL BANK OF COMMERCE,
GERALD McCAUGHEY, THOMAS D. WOODS,
BRIAN G. SHAW, and KEN KILGOUR,
         Defendants.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/24/10

  Defendants having moved to dismiss the Consolidated Class Action Complaint pursuant to Fed. R. Civ. P. 12(b)(6), and the matter having come before the Honorable William H. Pauley III, United States District Judge, and the Court, on March 17, 2010, having rendered its Memorandum and Order granting defendants' motion to dismiss and dismissing the Consolidated Class Action Complaint in its entirety, it is,

  **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated March 17, 2010, defendants' motion to dismiss is granted and the Consolidated Class Action Complaint is dismissed in its entirety; accordingly, the case is closed.

**Dated:** New York, New York
   March 24, 2010

                     **J. MICHAEL McMAHON**
                     **Clerk of Court**
         BY:
                     **Deputy Clerk**

              THIS DOCUMENT WAS ENTERED
              ON THE DOCKET ON _____